FILED
2018 Feb-13  PM 03:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| DONNA SMITH, as mother and next friend of ANDREW SMITH, a minor,<br><br>　　　Plaintiff,<br><br>vs.<br><br>DOLGENCORP, LLC,<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)　　7:17-cv-01692-LSC<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This Court has been advised by the parties that a settlement has been reached in this matter and is being finalized. Accordingly, this action is DISMISSED WITH PREJUDICE. Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order. Costs are taxed as paid. The Telephone Conference scheduled for February 14, 2018 at 10:45 a.m. is hereby CANCELLED. The Second Motion for Extension of Time (doc. 7) is MOOT.

**DONE** AND **ORDERED** ON FEBRUARY 13, 2018.



_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

190485